Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

► 05 - 703 ◄

| United States District Court | District |
|---|---|
| Name (under which you were convicted): GUANGO F CORREA A\|K\|A DAVID E JONES | Docket or Case No.: 02050\3182 |
| Place of Confinement: DelAWARE CORRECTIONAL Center 1181 paddock center. SmyrNA DE 19977 | Prisoner No.: |

Petitioner (include the name under which you were convicted)          Respondent (authorized person having custody of petitioner)

GUANGO CORREA

v.

The Attorney General of the State of

**FILED**

SEP 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____

KENT County SUPERIOR COURT KENT COUNTY

(b) Criminal docket or case number (if you know): 02050\3182 - VK0205078201

2.  (a) Date of the judgment of conviction (if you know): 04\22\05   04\17\05

(b) Date of sentencing: 04\17\05.

3.  Length of sentence: _____

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ☒

5.  Identify all crimes of which you were convicted and sentenced in this case: _____

THE Criminal Criminal Record was mess up! By Two People oN THS SAME
Records Criminal Impersonal
Correa's WAS under Medication during nA time THE State went By THE
complete mental Health

6.  (a) What was your plea? (Check one)

    (1)  Not guilty ☐              (3)  Nolo contendere (no contest) ☐

    (2)  Guilty ☒ B              (4)  Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
charge, what did you plead guilty to and what did you plead not guilty to? _____

error  CANNOT Medication WANTED To PATH To TRAIL THE Public Defend
WAS No good
THIS Probation OFFER did NOT Look THE RepORT Right.

Page 3

Just This New Judge Robert B. Young Investigation on His BeHalf He From the JuveNall court.

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ❏        Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑  No ❏   Told the Judge That I was in the Hospital getting Sruger done

8. Did you appeal from the judgment of conviction?

Yes ☑  No ❏

9. If you did appeal, answer the following:

(a) Name of court: SUPREME court And Superior court workes Together.

(b) Docket or case number (if you know): No 563, 2004

(c) Result: AFFirmed id.

(d) Date of result (if you know): June 2, 2005

(e) Citation to the case (if you know): supREME court AFFicmed

(f) Grounds raised: The SUPerior court.
on the Violatiy his ProbatioN   He was SenteNced To THREE years at Level V, Suspended After one year For 18 month at Lev/ III new on my Arguments was How can A Judge over SentEnce Some when The PersoN Has did A 24month INcarcerait. Level 5 And The CHarge Carrie's 0ᵀ³ 24iN one year on ProbatioN

(g) Did you seek further review by a higher state court?   Yes ☑  No ❏

If yes, answer the following:

(1) Name of court: DisTRicT. CourT

(2) Docket or case number (if you know): _____

(3) Result: DiSmiLL.

(4) Date of result (if you know) CAN remember

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☑  No ☑

error

If yes, answer the following:

(1) Docket or case number (if you know): 18|

Page 4

(2) Result: _A.m√_

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐    *Stay The Same*

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Superior Court Kent County_

(2) Docket or case number (if you know): _0205013182 / No 18, 2005_

(3) Date of filing (if you know): _May 5, 2005._

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐    No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ☐   No ☑

(7) Result: _____

(8) Date of result (if you know): _____ N/A _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ☐   No ☑

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:        Yes ☐   No ☐

(2) Second petition:     Yes ☐   No ☐

(3) Third petition:       Yes ☐   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ STAY THE SAME _____

_____

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: iF your

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

How can you over charge Someone. When There did A 24month Sentece INCorceraton And Has one year on Probation But now THE Probation is one year Level 5, And 18month Probation

THrover Sentence Tho CHArgE.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: it was two may issue I was raise

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☐   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Page 7

Docket or case number (if you know): _____ 6752 · 620553182 _____

Date of the court's decision: _____ denial _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Civ No 05- 2822,

_____

Docket or case number (if you know): Civ No 05 - 282, GMS _____

Date of the court's decision: Same, _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____ I was under Medication and Brain Washer. _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____ State of Delaware Attorney General Said That They were gona to

Never 72 like it is. _____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ State of Delaware Just want to Keep People in Jail _____

_____

_____ I have Alot of Punishment a Cum Carrie on a 24 month Sentence

one year Level 3 Probation over Sentence _____

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

*1. WELL I through That I did But I past it WASNT CrnouT EvidNce*
*For The Case. But The State goes by what They want. To And They*
*Say what They want to Say.*

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☑   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   *They did NoT want to hear The Court Called*
   *Ask They speak. Similar grounds was denied.*

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☑   No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: *PosT - ConViction   Motion   bArred*

   Name and location of the court where the motion or petition was filed: _____

   *That what All The Court Say barred*

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____
   _____
   _____

   (3) Did you receive a hearing on your motion or petition?

   Yes ☑   No ☐                         *Barred*

   (4) Did you appeal from the denial of your motion or petition?

   Yes ☐   No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____
   _____

Page 9

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ _____ _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____ _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑   No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _dismiss_

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____ dismiss _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____ _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

    Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion or petition?

    Yes ❑   No ❑

Page 12

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ .No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?        Yes ☑    No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ☑    No ❑

Page 13

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision. and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ❑     No ❑
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: _____

_____

    (b) At arraignment and plea: _____

_____

    (c) At trial: _____

_____

    (d) At sentencing: _____

_____

    (e) On appeal: _____

_____

    (f) In any post-conviction proceeding: _____

_____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ❑     No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❑    No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 16

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

### IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

\* \* \* \* \*



UNITED STATES POSTAGE
$ 00.83⁰
SEP 22 2005
02 1A
0004395355
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

I/M Guancy F Correa

SBI# 00180807    UNIT MHU

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

02036/3187

Clerk of Court

U.S. District Court of District of Delaware

Lockbox 18   844 N King Street

Wilmington De 19801.