

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 87 |
| Certified Fee | | 240 |
| Return Receipt Fee (Endorsement Required) | | 185 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 512 |

Postmark Here

2006
JAN 19
WILMINGTON

Sent To
WARDEN TOM CARROLL

Street, Apt. No.; or PO Box No.
DELAWARE CORRECTIONAL CENTER

City, State, ZIP+4
1181 PADDOCK RD.
SMYRNA DE 19977

PS Form 3800, June 2002                    See Reverse for Instructions

7005 1820 0004 3173 3741