United States District Court
For the District of Delaware

```
FILED
JAN 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-703 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   05-CV-703 (JJF)

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD.
   SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  ms ~                    ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name): M. LAMON
C. Date of Delivery: 1/20/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):
   7205 1820 0004 3173 3741

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540