IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GUANGO F. CORREA**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-703-JJF |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Respondent files herewith a certified copy of the Delaware Superior Court docket in ID No. 0205013182.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500

Date: March 6, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 6, 2006, he caused to be mailed by first class postal deliver two copies of the attached document (Notice of Filing of State Court Records) and the record listed therein the petitioner:

Guango F. Correa (No. 00180807)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977.

_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: March 6, 2006