IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GUANGO F. CORREA**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-703-JJF |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| | : | |
| Respondent. | : | |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Respondent files herewith certified copies of the following Delaware Supreme Court documents in *Guango Correa v. State of Delaware*, 520, 2005:

    a. appellant's notice of appeal filed October 21, 2005;

    b. notice to show cause issue to appellant on October 24, 2005;

    c. appellant's response to notice to show cause filed November 8, 2005;

    d. and the Court's order issue January 9, 2006.


/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500

Date: March 23, 2006

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 23, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on March 23, 2006  I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    Guango F. Correa (No. 00180807)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977.

    _____
    Thomas E. Brown
    Deputy Attorney General
    Del. Dept. of Justice

    Counsel for Respondent

Date: March 23 2006