Clerk:

To: United State District Court of Delaware

Date: 08/31/06 — 9/01/06

From: Guango Fitzgerald Correa

SBI: 00180807

05-703 (JJF)

RE: // Appreciate if you would help me with a uptodate on the case I have any your court I don't remember what the case number was I" Apologize for that Situation

        Thank For your Attention
        Sincerely Guango Correa
        180807

I'm Still get Violation of Probation on Acount of my an A/K/A Alias Name Crimal History Record

        Sincerely
        Guango Correa

FILED
SEP - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Lundy Fitzgerald Cortez
SBI# 00(8050)  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk United States District Court for Delaware
Federal Court, Building
844 King Street Wilm Del 19804

Need update on situation
Dont rember this case Number
I// Apologize for That Situation