IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO F. CORREA,            :
                             :
        Petitioner,          :
                             :
   v.                        :   Civ. Act. No. 05-703-JJF
                             :
THOMAS L. CARROLL Warden, and:
CARL C. DANBERG, Attorney General :
of the State of Delaware,    :
                             :
        Respondent.          :

### O R D E R

At Wilmington, this 20 day of November, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Guango Correa's Petition For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE